Slip Op. 99-22

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| **TIMEX V.I., INC.,**<br>          Plaintiff,<br><br>          v.<br><br>**UNITED STATES**,<br>          Defendant. | BEFORE: DiCarlo,<br>          Senior Judge<br><br>Ct. No. 96-02-00528 |

**<u>JUDGMENT ORDER</u>**

Upon having received and reviewed the United States Department of Commerce's *Final Results of Remand Determination Pursuant to Court Remand, Times V.I., Inc. v. United States, Court No. 96-02-00528, Slip Op. 99-2 (January 6, 1999)* filed February 5, 1999 and Plaintiff's consent without objection filed March 1, 1999, and upon finding that Commerce complied with the Court's remand order, it is hereby

ORDERED that the *Final Remand Results* are affirmed in their entirety.  It is further

ORDERED that, all other issues having been decided, this case is dismissed.

 

**Dominick L. DiCarlo**
Senior Judge

Dated: March 2, 1999
      New York, New York